IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEONARD SUNDERS,<br><br>    Plaintiff,<br><br>    v.<br><br>HSBC CARD SERVICE,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:10-CV-484-TWT |

## ORDER

This is an action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommedning dismissal of this action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice for want of prosecution.

SO ORDERED, this 3 day of September, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Sunders\r&r.wpd